UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,

   v.

PHILLIP S. BASRA, et al.,

        Defendants.

_____/

NO. CIV. S-09-2300 LKK/EFB

O R D E R

A status conference in the above-captioned matter is currently set for October 26, 2009 at 3:00 p.m. Plaintiff informs the court that defendants have not yet been served. Accordingly, the court CONTINUES the status conference to December 28, 2009 at 1:30 p.m., plaintiff to give defendants notice of the new date.

IT IS SO ORDERED.

DATED: October 15, 2009.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1