SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff,<br><br>  vs.<br><br>Phillip S. Basra, et al,<br><br>    Defendants | Case No. **2:09-cv-02300-LKK-EFB**<br><br>**PLAINTIFF'S REQUEST AND ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE**<br><br>Status Conference: March 1, 2010<br>Time: 11:00 am<br>Courtroom: 4 |

Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the status conference from March 1, 2010 to April 12, 2010. Plaintiff filed a First Amended Complaint on December 29, 2009, which removed the old property owners and replaced with the correct property owner, PRB Management, LLC. Plaintiff received the summons for this Defendant on February 3, 2010. A continuance to April 12, 2010 for the status

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-09-cv-02300-LKK-EFB - 1

PDF created with pdfFactory trial version www.pdffactory.com

conference will give the Defendants ample time to answer Plaintiff's complaint.

Dated: February 4, 2010  /s/Scott N. Johnson
                          Scott N. Johnson,
                          Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall have the status conference continued to April 12, 2010 at 11:00 am.

Date: February 8, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-09-cv-02300-LKK-EFB - 2

PDF created with pdfFactory trial version www.pdffactory.com